No. 82–438. NATIONAL LABOR RELATIONS BOARD *v.* BEHRING INTERNATIONAL, INC. C. A. 3d Cir. Certiorari

granted, judgment vacated, and case remanded for further consideration in light of *NLRB* v. *Transportation Management Corp.*, *ante*, p. 393.